**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**David NAJIMIAS–NACACH, aka David
Herrera–Roman, Defendant–
Appellant.**

**No. 11–50269.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 17, 2012.*

Filed April 18, 2012.

Lara Alaine Stingley, Esquire, Assistant U.S. Attorney, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

David Herrera–Roman, Gordon Stewart Brownell, St. Helena, CA, for Defendant–Appellant.

Before: LEAVY, PAEZ, and BEA, Circuit Judges.

MEMORANDUM **

David Najimias–Nacach appeals his conviction by guilty plea and sentence for attempted entry after deportation in violation of 8 U.S.C. § 1326.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Najimias–Nacach's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Najimias–Nacach has filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is granted.

**AFFIRMED.**